Commonwealth *v.* Sole, Appellant.

Before GREENBERG, J., without a jury.

Argued December 11, 1968. *Sidney Ginsberg,* for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Stanton, Appellant.

Before GROSHENS, P. J.

Argued December 9, 1968. *Edward F. Kane,* with him *Bean, De-Angelis, Tredinnick & Giangiulio,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker* and *William T. Nicholas,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.